THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL WALKER and COURTNEY WALKER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEYERHAEUSER COMPANY,<br><br>Defendant. | No. 2:18-cv-01637-BJR<br><br>**ORDER TO STAY LITIGATION PENDING SETTLEMENT** |

Having reviewed the parties' stipulation to stay proceedings pending settlement [Dkt. No. 36], the Court HEREBY STAYS all proceedings in this action until August 27, 2019.  On or before August 27, 2019, the Parties shall submit a joint status report apprising the Court as to the status of the settlement and if the settlement has been accepted, will file a stipulation of dismissal with prejudice pursuant to the schedule agreed to in the settlement agreement.

DATED this 1st day of July, 2019.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51